## IN THE UNITED STATES BANKRUPTCY COURT FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Wiley, Jimmy

Printed:  3/11/08

Case Number:  07 B 00048
Judge:  Hollis, Pamela S
Filed:  1/2/07

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:       Dismissed:  January 28, 2008
Confirmed:  May 14, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 3,735.00 |  |
| Secured: |  | 3,535.37 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 0.00 |
| Trustee Fee: |  | 199.63 |
| Other Funds: |  | 0.00 |
| Totals: | 3,735.00 | 3,735.00 |

## DISBURSEMENT DETAIL

|  | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Ernesto D Borges Jr Esq | Administrative | 2,500.00 | 0.00 |
| 2. | HomEq Servicing Corp | Secured | 0.00 | 0.00 |
| 3. | California National Bank | Secured | 0.00 | 0.00 |
| 4. | Consumer Portfolio Services | Secured | 5,299.62 | 809.60 |
| 5. | HomEq Servicing Corp | Secured | 8,273.98 | 2,725.77 |
| 6. | Illinois Dept of Revenue | Priority | 1,918.80 | 0.00 |
| 7. | United States Dept Of Education | Unsecured | 24,381.33 | 0.00 |
| 8. | Consumer Portfolio Services | Unsecured | 660.21 | 0.00 |
| 9. | Peoples Energy Corp | Unsecured | 2,331.40 | 0.00 |
| 10. | Illinois Dept of Revenue | Unsecured | 188.87 | 0.00 |
| 11. | Certified Svc. | Unsecured |  | No Claim Filed |
| 12. | Harvard Collection Services In | Unsecured |  | No Claim Filed |
|  |  |  | $ 45,554.21 | $ 3,535.37 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 4.8% | 16.32 |
| 5.4% | 183.31 |
|  | $ 199.63 |

## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Wiley, Jimmy

                 Printed:  3/11/08

Case Number:  07 B 00048

Judge:  Hollis, Pamela S

Filed:  1/2/07

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

